AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA SARACOFF<br>Plaintiff | ) | [redacted] 08 219 ML |
| v. | ) | Civil Action No. |
| DAVOL, INC., and C.R. BARD, INC.<br>Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

CT CORPORATION SYSTEM FOR DAVOL, INC.
10 WEYBOSSET STREET
PROVIDENCE RI 02903

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

MARK W. GEMMA, ESQ., GEMMA LAW ASSOCIATES, INC.,
231 RESERVOIR AVENUE
PROVIDENCE RI 02907

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 6-3-08

Deputy clerk's signature

FILED
2008 JUN -5 P 4:30
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Davol, INC. , by:

(1) personally delivering a copy of each to the individual at this place, ______________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Sandra Celio - CT Corp System ; or

(4) returning the summons unexecuted to the court clerk on ______________; or

(5) other *(specify)* ______________________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

Date: 6/5/08

[signature]
Server's signature

Joseph Clark, Constable Lic # 60026
Printed name and title

24 Hon-Field Ave, Prov, RI, 02908
Server's address